IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHARLES ALAN CHALLENOR,**  **PLAINTIFF**
**# 200952014**

**VERSUS**  **CIVIL ACTION NO. 1:19cv110-HSO-JCG**

**JACKSON COUNTY MISSISSIPPI ADULT**
**DETENTION CENTER**  **DEFENDANT**

## ORDER ADDING DEFENDANTS

BEFORE THE COURT is pro se Plaintiff Charles Alan Challenor's Response [9, 11]. He is a pretrial detainee at the Jackson County Adult Detention Center, and he challenges the conditions of his confinement. He adds Jackson County and Dr. Coulter as Defendants. The Clerk of Court shall add them to the docket.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall add Jackson County and Dr. Coulter as Defendants herein.

**SO ORDERED**, this the 10th day of July, 2019.

s/ John C. Gargiulo
UNITED STATES MAGISTRATE JUDGE